No. 75–5403.  NORMAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–5419.  HAIRRELL *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–5470.  BURNETT *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 75–5506.  JACKMAN ET AL. *v.* UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 75–5509.  CANTU ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 75–5526.  BROGAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–5542.  GOMORI *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5556.  MARTIN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–5559.  HILLSMAN ET AL. *v.* UNITED STATES. C. A. 7th Cir.  Certiorari denied.

No. 75–5572.  NAVA-FLORES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–5597.  STRICKLAND *v.* MONROE COUNTY PUBLISHING Co., INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 75–5602.  TAYLOR *v.* UNITED STATES ET AL.  C. A. 7th Cir.  Certiorari denied.